944

No. 00–7177. FOSTER *v.* NEAL, WARDEN. C. A. 7th Cir. Certiorari denied. 

No. 00–7189. CURRY *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 00–7280. MURPHY *v.* DUCKWORTH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 00–7587. WESBROOK *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. 

No. 00–7605. HUTZELL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 00–7642. BOWENS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 00–7649. MORROW *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied. 

No. 00–7657. WALKER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 00–7692. JOHNSON *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied. 

No. 00–7863. WALKER *v.* LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 00–8033. GLADSTONE *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH INC. C. A. 11th Cir. Certiorari denied.

No. 00–8038. DAVIS *v.* KAISER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied. 

No. 00–8039. CLARDY *v.* MCLEMORE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–8041. BATTIE *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. 

No. 00–8043. DRINKARD *v.* BASKERVILLE, WARDEN. C. A. 4th Cir. Certiorari denied. 

No. 00–8045. REFFUSE *v.* FLORIDA. C. A. 11th Cir. Certiorari denied.